# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Gordon P. Gallagher

Date:                 July 1, 2026
Courtroom Deputy:     Donald L. Clement
Court Reporter:       Megan Strawn

---

Civil Action No. **1:26-cv-02547-GPG**                 Counsel:

JONATAN GONZALEZ HERNANDEZ,                             Miriam Rose Miller

     Plaintiff,

v.

GEORGE VALDEZ,                                          Tonya Shotwell Andrews
  *in his official capacity as Acting Field Office Director*
  *of Enforcement and Removal Operations, Denver Field*
  *Office, Immigration and Customs Enforcement,*
MARKWAYNE MULLIN,
  *in official capacity as Secretary of the Department of*
  *Homeland Security,*
TODD BLANCHE,
  *In his official capacity as Acting U.S. Attorney General,*
JUAN BALTAZAR,
  *In his official capacity as Warden of the Denver*
  *Contract Facility,*
U.S. DEPARTMENT OF HOMELAND SECURITY,
EXECUTIVE OFFICE FOR IMMIGRATION
REVIEW,

     Respondents.

---

## COURTROOM MINUTES

---

**VIDEO STATUS CONFERENCE**

**10:55 a.m.      Court in session.**

Court calls case. Appearances of counsel.

Opening remarks by the Court.

Discussion regarding Order [D. 11] issued on June 22, 2026, Motion for Contempt [D. 12], and Petitioners bond hearing.

Ms. Miller addresses bond hearing process, motion being filed, and not updating the court. Ms. Andrews provides additional information pertaining to situation and process that occurs.

Courts expresses concerns and findings.

**ORDERED:**   that the Motion for Contempt [D. 12] is DENIED.

**11:22 a.m.      Court in recess. Hearing concluded.**
Total time in court: 00:27 Minutes