# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02547-GPG

JONATAN GONZALEZ HERNANDEZ,

     Petitioner,

v.

JUAN BALTAZAR,
  *in his official capacity as Warden of the ICE Denver Contract Detention Facility*,
GEORGE VALDEZ,
  *in his official capacity as Acting Field Office Director of Denver Field Office of the United States Immigration and Customs Enforcement, Enforcement and Removal Operations*,
MARKWAYNE MULLIN,
  *in his official capacity as Secretary of Homeland Security*, and
TODD BLANCHE,
  *in his official capacity as Acting Attorney General of the United States*,
U.S. DEPARTMENT OF HOMELAND SECURITY, and
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rules of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [D. 15] entered  by United States District Judge Gordon P. Gallagher on June 30, 2026, and supplemented by Status Report [D. 17] by Respondents, it is

ORDERED that the Respondents have complied with the Order [D. 15] and Petitioner was granted bond in the amount of $5,000. It is further

ORDERED that this case is closed.

DATED at Grand Junction, Colorado, this 9th day of July 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk
By:    s/D. Clement
        Deputy Clerk